IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
DINISH, INC., d/b/a Economy    *
Inn,                           *
                               *
     Plaintiff,                *
                               *
     v.                        *      CV 124-055
                               *
ASSOCIATED INDUSTRIES          *
INSURANCE COMPANY,             *
                               *
     Defendant.                *
                               *
```

O R D E R

Before the Court is the Parties' joint stipulation of dismissal without prejudice. (Doc. 17.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of October, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA